**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

**Alternative Dispute Resolution Summary**

**Provider must file completed form, in duplicate, with the U.S. District Clerk upon completion of ADR.**

1. Civil Action number: 3:15-CV-00343

2. Style of case: LUIS SANCHEZ V. NIELSEN COMPANY (US) LLC

3. Nature of suit:

4. Method of ADR used:   ☑ Mediation       ☐ Mini-Trial        ☐ Summary Jury Trial

5. Date ADR session was held: 7/15/2016

6. Outcome of ADR (*Select one*):

   ☐ Parties did not use my services.         ☐ Settled, in part, as result of ADR
   ☑ **Settled as a result of ADR.**          ☐ Parties were unable to reach settlement.
   ☐ Continue to work with parties to reach settlement (*Note: provider must file supplemental ADR Summary Form at conclusion of his/her services*)

7. What was your TOTAL fee: $2,950.00

8. Duration of ADR: FULL DAY  (i.e., one day, two hours)

9. Please list persons in attendance (including party association, i.e., defendant, plaintiff):
   (Provider)

   Ross Hostetter - Mediator              Lois Burke, for Nielsen
   Luis Sanchez, Plaintiff                Steven R. McCown, Esq., Defense counsel
   Jane L. Byrne, Esq., Plaintiff counsel Lindsey D. Sberna, Esq., Defense counsel

*Please provide the names, addresses, and telephone number of counsel on the reverse of this form.*

Provider information:

*Ross Hostetter*
Signature

July 18, 2016
Date

12001 N. Central Expressway, Suite 650, Dallas, Texas  75243   (214)303-4500
Address                                                        Telephone

**Jane L. Byrne, Esq.**
Neill & Byrne PLLC
3141 Hood Street
Suite 660
Dallas, TX  75219
(214) 748-7777
(214) 748-7778

**Steven R. McCown, Esq.**
**Lindsey D. Sberna, Esq.**
Littler Mendelson PC
2001 Ross Avenue
Suite 1500, LB 116
Dallas, TX  75201
(214) 880-8100
(214) 880-0181