IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

LUIS SANCHEZ,                               §
                                            §
        *Plaintiff,*                        §
                                            §
vs.                                         §   CIVIL ACTION NO. 3:15-CV-0343-D
                                            §
NIELSEN COMPANY (US), LLC,                  §
                                            §
        *Defendant.*                        §
                                            §

## **AGREED ORDER OF DISMISSAL WITH PREJUDICE**

On this day, the Court considered the Joint Motion for Dismissal With Prejudice filed by Plaintiff and Defendant. The Court, having been advised by the parties that all matters in controversy between them have been fully and finally resolved, is of the opinion that the Motion should be granted.

It is therefore ORDERED that the above-referenced lawsuit be, and it is hereby, dismissed in its entirety with prejudice, with each party to bear their own costs.

SIGNED August 3, 2016.


_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE

Date: August 3, 2016

AGREED:                                    AGREED:


Respectfully submitted,                    Respectfully submitted,


*/s/ Jane Legler Byrne*                    */s/ Lindsey D. Sberna*

Christine Neill                            Steven R. McCown
Texas State Bar No. 00796793               Texas State Bar No. 13466500
cneill@neillbyrnelaw.com                   smccown@littler.com
Jane Legler Byrne                          Lindsey D. Sberna
Texas State Bar No. 03565820               Texas State Bar No. 24055434
jleglerbyrne@neillbyrnelaw.com             lsberna@littler.com

NEILL & BYRNE, PLLC                        LITTLER MENDELSON, P.C.
2214 Main Street                           A Professional Corporation
Dallas, TX 75201                           2001 Ross Avenue
214.748-7777                               Suite 1500, Lock Box 116
214.748-7778 (Fax)                         Dallas, TX  75201.2931
                                           214.880.8100
                                           214.880.0181 (Fax)

ATTORNEYS FOR PLAINTIFF


                                           ATTORNEYS FOR DEFENDANT


Firmwide:141625109.1 048626.1017